FILED
2023 APR 3 PM 1:42
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILSON,<br><br>                Plaintiff,<br><br>v.<br><br>WHITE, et al.,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. Case No. 2:22-cv-240-BSJ-CMR<br><br>Hon. Bruce S. Jenkins |

On April 6, 2022, the plaintiff, "angela:wilson," filed a Complaint asserting a claim for "Trespass upon my private property." (ECF No. 1). Pursuant to DUCivR 72.4(b)(1)(A), the action was initially assigned to Magistrate Judge Cecelia M. Romero. On May 5, 2022, the action was randomly assigned to this Court and under DUCivR 72.4(d)(2)(A), and pursuant to 28 U.S.C. § 636(b)(1)(A), the action was automatically referred to Magistrate Judge Romero

Now before the Court is the Report and Recommendation issued by Magistrate Judge Romero on February 14, 2023, recommending that this action be dismissed *sua sponte* pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (ECF No. 16). The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service. (*See id.* at 3). No party has filed any objection.

The Court has fully reviewed the Magistrate Judge Romero's Report and Recommendation, as well as the remainder of the file in this matter, and hereby adopts the Report and Recommendation.

Therefore, **IT IS ORDERED** that the plaintiff's Complaint is dismissed without prejudice.

DATED this 3rd day of April 2023.

BY THE COURT:

Hon. Bruce S. Jenkins
United States Senior District Judge